**AFFIDAVIT IN SUPPORT OF APPLICATION FOR A
CRIMINAL COMPLAINT**

I, Lisa A. Crandall, being first duly sworn, hereby depose and state that the following is true to the best of my information knowledge and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, since June, 2010. I am currently assigned to the Lakeville Resident Agency within the Boston Division. My responsibilities include the investigation of various criminal offenses, including investigation of crimes involving the sexual exploitation of children utilizing computer communications.

2. This affidavit is submitted in support of a criminal complaint charging Sean J. Trahan ("Trahan"), DOB xx/xx/1977, of Seekonk, Massachusetts, with possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

3. The statements contained in this affidavit are based in part on information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation

and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI.  Because this affidavit is submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.  In submitting this affidavit, I gave not included each and every fact known to me concerning this investigation.  Where statements of other are set forth in this affidavit, they are set forth in substance and part.

    4.    On October 5, 2015, United States Magistrate Donald L. Cabell issued a search warrant for Trahan's residence in Seekonk, Massachusetts, [15-MJ-1102-DLC].  The search warrant was obtained based on information that led investigators to believe that someone at that address using the screen name "Kelly33" had accessed files from a website known to contain child pornography.  Specifically, on February 21, 2015, "Kelly33" accessed a file in the "Girls HC Forum." The file contained a link to two files one of which consisted of 16 images that depicted a prepubescent female, approximately four to six years old sitting naked on the floor and the erect genitalia of an adult male touching the prepubescent female's vagina.

    5.    On October 7, 2015, the Federal Bureau of Investigation and the Seekonk Police Department executed the federal search

warrant at the Seekonk address. Upon entering the address, the agents encountered and identified three individuals: Sean Trahan; his father Normand Trahan; and his mother Victoria Trahan. Agents interviewed all three. Sean Trahan stated that he utilized the name "Kelly33" to access a website, known to law enforcement as containing child pornography. Sean Trahan identified a Compaq desk top computer in his bedroom that he used to access the website (the "Compaq computer"). Sean Trahan stated that he viewed images of child pornography, but did not download the images. Sean Trahan confirmed that he that he had been previously convicted for possessing child pornography.

6. Normand Trahan and Victoria Trahan stated that the family owned only one computer, that the computer belonged to their son, Sean Trahan, and that the computer was in Sean's bedroom.

7. A preliminary forensic review of the computer showed that the Compaq computer contained the following images:

    Image 1: 00de6db5-ce69-410a-a4b5-8d86687decdc.png

    Image 2: 086104a4-2ede-433f-a976-3eb06e3dea4e9.png

    Image 3: 7e03bb46-2cdf-4114-afc8-d15edc6ad52d.png

8. Image 1: depicts a minor female, approximately 7 to 9 years old with pony tails wearing no pants. The minor female is performing oral sex on an adult male. A pink piece of paper

with the words "I (symbol of a heart) cum" is located to the left of the minor female.

9. Image 2: depicts a minor female, approximately 7 to 9 years old, with pony tails, wearing no pants and touching her genitalia with her right hand.  A pink piece of paper with the words "I (symbol of a heart) cum" is located to the left of the minor female.

10. Image 3: depicts a minor female approximately 6 to 8 years old.  The minor female is not wearing any pants and has her legs spread exposing her genitalia.

11. I have reviewed the three pngs described above and based on my training and experience believe the three images are child pornography.

## CONCLUSION

12. Based on the foregoing, there is probable cause to believe that on October 7, 2015, Sean J. Trahan possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

_____
Special Agent LISA A. CRANDALL
Federal Bureau of Investigation

Sworn and subscribed to before me this 7th day of October, 2015

_____
HONORABLE DONALD L. CABELL
United States Magistrate Judge

